**DISMISS; and Opinion Filed August 31, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01028-CR
No. 05-15-01029-CR

**SERGIO NAVA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-51825-M, F15-51826-M**

## MEMORANDUM OPINION
Before Justices Bridges, Lang, and Schenck
Opinion by Justice Schenck

Sergio Nava pleaded guilty to possession of heroin in an amount less than one gram and possession of methamphetamine in an amount less than one gram. Pursuant to a plea agreement in each case, the trial court sentenced appellant to one year's confinement in a state jail facility. Appellant waived his right to appeal as part of the agreements. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court certified both that appellant does not have the right to appeal and that appellant waived his right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005).

We dismiss the appeals for want of jurisdiction.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

151028F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SERGIO NAVA, Appellant

No. 05-15-01028-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F15-51825-M.
Opinion delivered by Justice Schenck,
Justices Bridges and Lang participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.


Judgment entered this 31st day of August, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SERGIO NAVA, Appellant

No. 05-15-01029-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F15-51826-M.
Opinion delivered by Justice Schenck, Justices Bridges and Lang participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 31st day of August, 2015.